DNT, LLC, Plaintiff/Counterclaimant–
Appellant,

v.

SPRINT SPECTRUM, LP and Nextel
Operations, Inc., Defendants–
Appellees,

and

Cellco Partnership (doing business as
Verizon Wireless) and Alltel Commu-
nications, LLC, Defendants–Appellees,

and

T–Mobile USA, Inc., Defendant–
Appellee,

and

United States Cellular Corporation,
Defendant–Appellee,

and

Novatel Wireless, Inc., Counterclaim
Defendant–Appellee.

No. 2011–1001.

United States Court of Appeals,
Federal Circuit.

Jan. 3, 2011.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DIS-
MISSED under Fed. R.App. P. 42(b).

Susan REEVES, Petitioner,

v.

**DEPARTMENT OF DEFENSE,**
Respondent.

No. 2011–3027.

United States Court of Appeals,
Federal Circuit.

Jan. 7, 2011.

Susan Reeves, Austin, TX, pro se.

**ORDER**

The petitioner having failed to file the
required Statement Concerning Discrimi-
nation, it is

ORDERED that the petition for review
be, and the same hereby is, DISMISSED,
for failure to prosecute in accordance with
the rules.